UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JADE TRELL DUPERON | CIVIL ACTION |
| VERSUS | NO. 24-1904 |
| NICO PATERNOSTRO, ET AL. | SECTION "G" (2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Jade Trell Duperon's 42 U.S.C. § 1983 complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**NEW ORLEANS, LOUISIANA,** this ___4th___ day of June, 2025.

**NANNETTE JOLIVETTE BROWN**
UNITED STATES DISTRICT JUDGE